**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT BLUE, | ) | 3:11-cv-00010-ECR-VPC |
|     Plaintiff, | ) | |
| vs. | ) | **Order** |
| HOWARD SKOLNIK, *et al.*, | ) | |
|     Defendants. | ) | |

On July 31, 2012, the Magistrate Judge filed a Report and Recommendation (#69), recommending that Plaintiff's motion for a temporary restraining order and a preliminary injunction (##50, 51) be denied. No objections have been timely filed to the Report and Recommendation (#69).

The Report and Recommendation (#69) is well-taken, and is **APPROVED AND ADOPTED**. Plaintiff's motion for a temporary restraining order and preliminary injunctive relief (##50, 51) is **DENIED**. The Magistrate Judge thoroughly considered Plaintiff's request and found that Plaintiff has not demonstrated that he is likely to succeed on the merits, likely to suffer irreparable harm related to his underlying claims, that the balance of equities tips in his favor, or that an injunction is in the public interest.

DATED: September 25, 2012.

_____
UNITED STATES DISTRICT JUDGE