UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT BLUE, | ) | 3:11-CV-0010-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for leave to take deposition of incarcerated plaintiff (#75) is **GRANTED**. The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the depositions, defendants shall provide a copy of the deposition transcript to the plaintiff.

Defendants' motion for extension of discovery (#76) is granted as follows:

Discovery shall be completed no later than **Friday, December 14, 2012**;
Dispositive motions shall be filed no later than **Monday, January 14, 2013**;
The joint pretrial order shall be filed no later than **Thursday, February 14, 2013**, or 30 days after the decision of any pending dispositive motions.

**There shall be no further extensions of discovery.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk