UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT BLUE, | ) | 3:11-CV-0010-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for order directing defendants' to respond to interrogatories and/or order extending discovery (#84).  Defendants opposed the motion (#86), and no reply was filed.

Plaintiff's motion (#84) is **DENIED**.  Discovery was previously extended in this case to December 14, 2012 (#77).  Yet plaintiff failed to timely serve his discovery requests and failed to meet and confer with opposing counsel before filing his discovery motion as required pursuant to Local Rule 26-7(b).  Defendants have filed a motion for summary judgment (#89) and granting an extension of discovery would be prejudicial to the defendants.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
            Deputy Clerk