UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT BLUE,                )         3:11-CV-0010-ECR (VPC)
                            )
        Plaintiff,          )         **MINUTES OF THE COURT**
                            )
    vs.                     )
                            )
HOWARD SKOLNIK, et al.,     )
                            )
        Defendants.         )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to strike (#87) is **GRANTED**. Plaintiff's judicial notice re intimidation of plaintiff party by defendant party in the course of proceedings; and defendant party interference with plaintiff party access to the court (#85) is improper and immaterial and is hereby **STRICKEN**.

Plaintiff's motion for extension of time to file reply to defendants' opposition to motion to compel (#94) is **DENIED**. Defendants' opposition to motion to compel was filed on December 31, 2013. A reply was due on Thursday, January 10, 2013. The court issued a minute order denying plaintiff's motion to compel on January 15, 2013 (#93). Plaintiff's motion for extension of time was untimely as it was filed two days after the court issued its order and seven days after a reply was due to be filed.

**IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

                                By:_____/s/_____
                                            Deputy Clerk