UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT BLUE, | ) | 3:11-CV-0010-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a motion to extend prison copywork limit by $100.00 (#101).  In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case.  Plaintiff is not specific in the description of the documents he intends to copy.  Defendants have filed a response stating that they did not oppose a $50.00 final increase of the copywork limit (#102).

    The court has reviewed the circumstances and procedural status of this case and will **GRANT** plaintiff's motion (#101) **in part** by allowing plaintiff to exceed his photocopy limit at this time in the amount of $30.00.  The additional $30.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  The court cautions plaintiff that he should carefully consider the documents he intends to attach as exhibits to any document to make wise use of his copy funds.  The court may consider entertaining another motion for copies should it become necessary as this case proceeds.

    The Clerk shall mail a copy of this order to Albert Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

    **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:          /s/
                                    Deputy Clerk