UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ROBERT BLUE, | ) |
| | ) 3:11-cv-00010-LRH-VPC |
| Plaintiff, | ) |
| | ) <u>ORDER</u> |
| vs. | ) |
| | ) |
| HOWARD SKOLIK, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the court is Plaintiff's Objection to Magistrate Judge Order Denying Plaintiff Motion for Order Directing Defendant to Respond to Interrogatories and/or Extend Discovery (Doc #93 filed 01/01/15/13) (#98[1]), which the court will treat as a motion to reconsider Magistrate's Order #93.  Defendants filed their Response to Plaintiff's Objection to Magistrate Judge's Order Denying Plaintiff's Motion for Order Directing Defendant to Respond to Interrogatories and/or Extend Discovery (#103) on February 5, 2013.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, Defendants' response, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

///

///

///

---

[1] Refers to this court's docket number.

The Magistrate Judge's Order (#93) will, therefore, be sustained and Plaintiff's motion (#98) is denied.

IT IS SO ORDERED.

DATED this 11th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE