1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    ROBERT BLUE,                          )
                                           )
10              Plaintiff,                  )        3:11-cv-00010-LRH-VPC
                                           )
11   v.                                     )
                                           )        O R D E R
12   HOWARD SKOLNIK, *et al.*,              )
                                           )
13              Defendants.                 )
     _____ )

14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#123[1]) entered on August 21, 2013, recommending granting in part and denying in part

17   Defendants' Motion for Summary Judgment (#89) filed on January 14, 2013. Plaintiff filed his

18   Objection to Report and Recommendation of U.S. Magistrate Judge (#129) on September 11, 2013,

19   and Defendants filed their Objections to the Report and Recommendation of the United States

20   Magistrate Judge (#128) on September 4, 2013.  Defendants also filed their Response to Plaintiff's

21   Objections to the Report and Recommendation of the U.S. Magistrate Judge (#130) on September 23,

22   2013. Plaintiff did not file a response to Defendants' objections. This action was referred to the

23   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of

24   the United States District Court for the District of Nevada.

25

26          [1]Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the parties, Defendants' response, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#123) entered on August 21, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#123) entered on August 21, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#89) is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's claims in counts I and II;

2. Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's claims in counts III, IV, VII and VIII;

3. Defendants' Motion for Summary Judgment is DENIED as moot as to Plaintiff's alleged claim that the CKM is nutritionally insufficient;

4. Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's claims for injunctive relief;

5. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claims against Defendant Skolnik, and counts IX and X are DISMISSED from this action with prejudice;

6. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's RLUIPA claims for monetary damages; and

7. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claims for monetary damages against Defendants in their official capacities.

IT IS SO ORDERED.

DATED this 30th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2