UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ROBERT BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00010-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| HOWARD SKOLNIK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#127[1]) entered on September 3, 2013, recommending denying Plaintiff's Motion for a Temporary Restraining Order (#114) and Motion for Preliminary Injunction (#115), both filed on July 12, 2013. Plaintiff filed his Objection to Report and Recommendation of U.S. Magistrate Judge (#131) on September 24, 2013, and Defendants filed their Response to Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge (#133) on October 3, 2013.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, Defendants' response, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court

---

[1] Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#127) entered on September 3, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#127) entered on September 3, 2013, is adopted and accepted, and Plaintiff's Motion for Temporary Restraining Order (#114) and Motion for Preliminary Injunction (#115) are **DENIED.**

IT IS SO ORDERED.

DATED this 27th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE