UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ROBERT BLUE,  )
)  3:11-cv-00010-LRH-VPC
        Plaintiff,  )
)  ORDER
vs.  )
)
HOWARD SKOLIK, *et al.*,  )
)
        Defendants.  )
)

    The copy of Order #143 was returned in the mail with the notation that Plaintiff has been paroled from the custody of the Lovelock Correctional Center. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED without prejudice** for Plaintiff's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

    IT IS SO ORDERED.

    DATED this 2nd day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE